IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DEBRA SINQUEFIELD, f/k/a DEBRA RICKS, <br><br> Plaintiff <br><br> vs. <br><br> CLAY COUNTY, GEORGIA, et al. <br><br> Defendants | * <br> * <br> * <br> * Case Number 4:04-CV-18 (CDL) <br> * <br> * <br> * |

## J U D G M E N T

Pursuant to this Court's Orders dated January 7, 2005 and September 12, 2005, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover their costs of this action.

This 12th day of September, 2005.

Gregory J. Leonard, Clerk

S/Timothy L. Frost
Deputy Clerk